MARILYN CUTRONE       *       NO. 2019-CA-0896

VERSUS       *       COURT OF APPEAL

ENGLISH TURN PROPERTY       *       FOURTH CIRCUIT
OWNERS ASSOCIATION, INC.
AND NATIONWIDE MUTUAL       *       STATE OF LOUISIANA
INSURANCE COMPANY
      *

      *

\* \* \* \* \* \* \*

**LOBRANO, J., CONCURS IN THE RESULT.**